IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

HOSEA F. SOWELL                                                                                        PLAINTIFF
ADC #167690

v.                                       4:22-cv-00131-JM-JJV

L. DAVIS, Captain, Tucker Unit,
Arkansas Department of Correction; *et al.*                                              DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition, filed by United States Magistrate Judge Joe J. Volpe, for the dismissal of Mr. Sowell's claims against Defendant Gregory. Mr. Sowell has not filed objections, and the time to do so has expired. After careful review of the record, the Court approves and adopts the recommendation in all respects.

IT IS THEREFORE ORDERED that:

Mr. Sowell's claims against Defendant Gregory are DISMISSED with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

IT IS SO ORDERED, this 15th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE