IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

HOSEA F. SOWELL
ADC #167690                                                                                          PLAINTIFF

v.                                         4:22-cv-00131-JM-JJV

L. DAVIS, Captain, Tucker Unit,
Arkansas Division of Correction; *et al*.                                                  DEFENDANTS

### RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge James M. Moody, Jr. Any party may serve and file written objections to this Recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

**I.      DISCUSSION**

Hosea F. Sowell ("Plaintiff") has filed this *pro se* action seeking relief pursuant to 42 U.S.C. § 1983. (Doc. 2.) On September 5, 2022, remaining Defendant Davis filed a Motion to Dismiss arguing this case should be dismissed because Plaintiff did not respond to his May 31, 2022 discovery requests or his subsequent August 24, 2022 letter asking him to do so.[1] (Doc. 21.) On September 12, 2022, I gave Plaintiff until September 30, 2022 to respond to the

---

[1] On March 15, 2022, Plaintiff's claims against Defendant Gregory were dismissed with prejudice. (Doc. 7.)

outstanding discovery or show cause why he should not be required to do so. (Doc. 23.) And I cautioned Plaintiff I would recommend his claims be dismissed if he failed to timely comply with my instructions.

On October 7, 2022, Defendant filed a Response stating he has not received any discovery responses from Plaintiff in respond to my discovery Order. (Doc. 24.) Therefore, I find good cause for granting the Motion to Dismiss pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v) and 41(b). Plaintiff may cure this defect by immediately responding to Defendant's discovery requests and notifying the Court he has done so by filing written Objections to this Recommended Disposition that include copies of the discovery responses he has mailed directly to Defendant.

## II.     CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1. Defendant's Motion to Dismiss (Doc. 21) be GRANTED, Plaintiff's claims against Defendant Davis be DISMISSED without prejudice, and this case be closed.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 11th day of October 2022.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE