# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

HOSEA F. SOWELL
ADC #167690                                                                                              PLAINTIFF

v.                                              Case No. 4:22-cv-00131-JM

L. DAVIS, Captain, Tucker Unit,
Arkansas Division of Correction, *et al.*                                                    DEFENDANTS

## ORDER

The Court has reviewed the Recommend Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 25). No objections have been filed, and the time to do so has passed. After careful review, the Court adopts the Recommended Disposition in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendant Davis's Motion to Dismiss (Doc. 21) is GRANTD, Plaintiff's claims against him are DISMISSED WITHOUT PREJUDICE, and this case is CLOSED.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 31st day of October 2022.

_____
UNITED STATES DISTRICT JUDGE