**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

HOSEA F. SOWELL
ADC #167690                                                                 PLAINTIFF

v.                              Case No. 4:22-cv-00131-JM

L. DAVIS, Captain, Tucker Unit,
Arkansas Division of Correction, *et al.*                  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered today, it is considered, ordered, and adjudged that plaintiff

Hosea F. Sowell's claims are dismissed.  The relief sought is denied.  The Court certifies, pursuant

to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 31st day of October 2022.

_____
UNITED STATES DISTRICT JUDGE